# Court of Appeals
# of the State of Georgia

ATLANTA,  August 30, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0104.  MAHA Z. RAYAN v. THE STATE.**

Maha Z. Rayan has been charged by accusation with theft by shoplifting.  She filed this direct appeal on April 7, 2017, challenging two pre-trial orders that were entered in January 2017.[1]  We lack jurisdiction because the appeal is untimely.

A notice of appeal must be filed within 30 days after the entry of the trial court's order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, Rayan filed her notice of appeal more than two months after the trial court's orders were entered.  Accordingly, we lack jurisdiction to consider this appeal, and it is hereby DISMISSED.

The State has filed a motion to dismiss, arguing that we lack jurisdiction for reasons other than the untimeliness of the notice of appeal.  That motion is DENIED AS MOOT.

---

[1] Rayan directed her appeal to the Supreme Court, which transferred the case here.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,__08/30/2017_____*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____, *Clerk.*